UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                                      Plaintiff,

                        20-cv-4679 (MKV)

                 -against-

A1559749699-1, ET AL.,

                                  Defendants.

------------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                                      Plaintiff,

                        20-cv-4680 (MKV)

                 -against-

1TREE OUTDOOR STORE, ET AL.,

                                  Defendants.

------------------------------------------------------------

IDEAVILLAGE PRODUCTS CORP.,

                                      Plaintiff,

                        20-cv-4681 (MKV)

                 -against-

ANTIKER, ET AL.,

                                  Defendants.

------------------------------------------------------------

| | |
|---|---|
| IDEAVILLAGE PRODUCTS CORP., <br><br>                    Plaintiff, <br><br> -against- <br><br> ABCHOUSE, ET AL., <br><br>                    Defendants. | 20-cv-4682 (MKV) |
| IDEAVILLAGE PRODUCTS CORP., <br><br>                    Plaintiff, <br><br> -against- <br><br> BERNARD.HK, ET AL., <br><br>                    Defendants. | 20-cv-4683 (MKV) <br><br> **ORDER TO UNSEAL** |

The Court orders that the above-referenced actions be unsealed and Records Management upload all documents filed to date on the Electronic Case Filing system.

**SO ORDERED.**

SIGNED this  21  day of  July   , 2020, at  4:00   p.m.
New York, New York

_Mary Kay Vyskocil_
HON. MARY KAY VYSKOCIL
UNITED STATES DISTRICT JUDGE