USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/28/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDEAVILLAGE PRODUCTS CORP.,

                Plaintiff,

-against-

ANTIKER, et al.

                Defendants.

1:20-cv-04681-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      Before the Court is a motion to direct Amazon.com, Inc. to release holds on the asset and user accounts of Defendants Antiker, BikiWave, MagicD official, TOP COVER, and Wanleo. On June 17, 2020, Plaintiff IdeaVillage Product Corp. filed five separate but related actions against hundreds of defendants it has accused of infringing its intellectual property [ECF No. 9], one of which relates to defendants who trade on the Amazon.com platform. The Court granted a Temporary Restraining Order ("TRO") and an Order Restraining Merchant Storefronts and Defendants' Assets [ECF No. 20]. On July 23, 2020, the Court denied Plaintiff's motion for a preliminary injunction, thereby terminating the TRO that had previously been entered in each case [ECF No. 7].

      Accordingly, IT IS HEREBY ORDERED that Amazon.com, Inc. shall comply with the termination of the TRO and immediately release the hold on the asset and user accounts of Defendants Antiker, BikiWave, MagicD official, TOP COVER, and Wanleo.

**SO ORDERED.**

Date: September 28, 2020
New York, NY

*Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**