| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>IDEAVILLAGE PRODUCTS CORP.,<br><br>                    Plaintiff,<br><br>-v-<br><br>ANTIKER, BABYWOW, BALABALA02, BEIYIUSHOME, BIKIWAVE, BSSTORE, CASILY, CHENG-PENG, CINSEY HOME, COOLENDING, CREMEBRULUEE, CXKJZL, FLOWER FALLING, GESMAX, GLORIO, JIA--CHAO, JINGHUNSS, JOYLEAH, KLIJUHYG, LMANDA, MAGICD OFFICIAL, MARIAN TRUMAN, MUIEJJU, PAINTYOU, PASSION OUTDOOR STORE, PETSBURG, PGQ4EVO, PROSPERITY STORE, REDYSHOP, SHENHONGZHUANGSHICAILIAO, SMORRAN, STUART77, TIANFENGJIULOU, TOP COVER, U KNOWN, UNISWEET, VIOLETNS, WANLEO, WEJKKL, WHYUY, WUXIAOBB, WWHUS, XIAMO, YIJIE SHOP and YODE,<br><br>                    Defendants. | CIVIL ACTION NO.: 20 Civ. 4681 (MKV) (SLC)<br><br>**TELEPHONE CONFERENCE<br><u>SCHEDULING ORDER</u>** |

**SARAH L. CAVE,** United States Magistrate Judge.

A Telephone Conference concerning scheduling a Settlement Conference is scheduled for **Tuesday, June 15, 2021 at 3:00 pm** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:     New York, New York
            May 24, 2021

                                                  SO ORDERED

                                                  _/s/ Sarah L. Cave_
                                                  **SARAH L. CAVE**
                                                  **United States Magistrate Judge**